| AO 10 Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Sentelle, David B | 2. Court or Organization USCA, DC Circuit | 3. Date of Report 06/01/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Active Circuit Judge | 5a. Report Type (check appropriate type) ☐ Nomination,    Date ☐ Initial   ☒ Annual   ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2005 to 12/31/2005 |
| 7. Chambers or Office Address 5108 US Courthouse 333 Constitution Avenue, NW Washington, DC 20001 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. President | Edward Bennett Williams American Inn of Court |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sentelle, David B | 06/01/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 1/2005 | GMU Law School (teaching) | $ $23,500 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. Vanderbilt Federalist Society | 1/28 Nashville,TN Speech (travel, food, lodging) |
| 2. Columbia Federalist Society | 2/1 New York, NY Speech (travel, food, lodging) |
| 3. Mecklenberg County Bar Ass'n | 2/24-25 Charlotte, NC Speech (travel, food, lodging) |
| 4. Harvard National Student Symposium | 2/25-27 Cambridge, MA Speech (travel, food, lodging) |
| 5. UNC & Duke Federalist Societies | 4/12-13 Raleigh/Durham, NC Speeches (travel, food, lodging) |
| 6. American Inns of Court National Conference | 5/18-21 Salt Lake City, UT National Conference (travel, food, lodging) |
| 7. Fourth Circuit Judicial Conference (on behalf of American Inns of Ct) | 6/30-7/1 The Homestead, VA Presentation of award (travel, food, lodging) |

| Name of Person Reporting | Date of Report |
|---|---|
| Sentelle, David B | 06/01/2006 |

8. South TX College of Law and Univ. of Houston Federalist Societies

10/5-9 Houston, TX Speeches (travel, food, lodging)

| Name of Person Reporting | Date of Report |
|---|---|
| Sentelle, David B | 06/01/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sentelle, David B | 06/01/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America | B | Interest | K | T | | | | | |
| 2. ING Bank (money mkt) | A | Interest | K | T | | | | | |
| 3. Domino's Pizza Inc | A | Dividend | J | T | | | | | |
| 4. Domino's Pizza Inc | | | | | buy | 8/03 | | | |
| 5. Domino's Pizza Inc | | | | | sell | 9/01 | | B | |
| 6. Hughes Supply Inc | A | Dividend | J | T | | | | | |
| 7. Hughes Supply Inc | | | | | buy | 8/04 | | | |
| 8. Hughes Supply Inc | | | | | buy | 8/29 | | | |
| 9. Hughes Supply Inc | | | | | buy | 10/27 | | | |
| 10. Identix Inc | | None | J | T | | | | | |
| 11. Identix Inc | | | | | buy | 1/06 | | | |
| 12. Identix Inc | | | | | buy | 3/30 | | | |
| 13. Identix Inc | | | | | partial sell | 4/07 | | B | |
| 14. Identix Inc | | | | | buy | 4/18 | | | |
| 15. Identix Inc | | | | | partial sell | 5/18 | | B | |
| 16. Identix Inc | | | | | buy | 6/08 | | | |
| 17. Identix Inc | | | | | buy | 6/21 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Sentelle, David B | 06/01/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Identix Inc | | | | | buy | 8/17 | | | |
| 19. Identix Inc | | | | | sell | 12/06 | | A | |
| 20. Shuffle Master Inc | | None | K | T | | | | | |
| 21. Shuffle Master Inc | | | | | buy | 1/11 | | | |
| 22. Shuffle Master Inc | | | | | sell | 3/10 | | A | |
| 23. Shuffle Master Inc | | | | | buy | 8/30 | | | |
| 24. Shuffle Master Inc | | | | | buy | 10/5 | | | |
| 25. Shuffle Master Inc | | | | | buy | 10/12 | | | |
| 26. Shuffle Master Inc | | | | | buy | 12/09 | | | |
| 27. Shuffle Master Inc | | | | | sell | 12/30 | | A | |
| 28. Vasco Data Security Int'l | | None | J | T | | | | | |
| 29. Vasco Data Security Int'l | | | | | buy | 8/04 | | | |
| 30. IShares Lehman 1-3 year | A | Dividend | L | T | | | | | |
| 31. IShares Lehman 1-3 year | | | | | buy | 10/27 | | | |
| 32. ML Bank USA | A | Interest | J | T | | | | | |
| 33. 7Eleven Inc | | None | J | T | buy | 1/07 | | | |
| 34. 7Eleven Inc | | | | | buy | 8/04 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sentelle, David B | 06/01/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. 7Eleven Inc | | | | | buy | 8/05 | | | |
| 36. 7Eleven Inc | | . | | | sell | 9/01 | | D | |
| 37. Marvel Enterprises | | None | J | T | buy | 1/10 | | | |
| 38. Marvel Enterprises | | | | | partial sell | 5/18 | | C | |
| 39. Marvel Enterprises | | | | | sell | 8/10 | | A | |
| 40. Lowe's Companies Inc | | None | J | T | buy | 2/23 | | | |
| 41. Lowe's Companies Inc | | | | | sell | 4/08 | | A | |
| 42. Raven Inds Inc | | None | J | T | buy | 3/08 | | | |
| 43. Raven Inds Inc | | | | | sell | 4/27 | | A | |
| 44. W Holding Co Inc | A | Dividend | J | T | sell | 3/16 | | B | |
| 45. W Holding Co Inc | | None | J | T | buy | 6/13 | | | |
| 46. W Holding Co Inc | | | | | sell | 10/6 | | A | |
| 47. Kimberly Clark | A | Dividend | J | T | buy | 6/01 | | | |
| 48. Kimberly Clark | | | | | buy | 7/05 | | | |
| 49. Kimberly Clark | | | | | buy | 8/05 | | | |
| 50. Kimberly Clark | | | | | sell | 10/4 | | A | |
| 51. Caterpillar Inc | A | Dividend | J | T | buy | 6/01 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sentelle, David B | 06/01/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Caterpillar Inc | | | | | buy | 7/05 | J | | |
| 53. Caterpillar Inc | | | | | buy | 8/05 | J | | |
| 54. Caterpillar Inc | | | | | sell | 10/6 | J | B | |
| 55. Charles & Colvard Ltd | | | | T | buy | 6/07 | J | | |
| 56. Charles & Colvard Ltd | | | | | buy | 7/26 | J | | |
| 57. Charles & Colvard Ltd | | | | | sell | 8/03 | J | B | |
| 58. Charles & Colvard Ltd | | | | | buy | 8/16 | J | | |
| 59. Charles & Colvard Ltd | | | | | sell | 9/16 | J | B | |
| 60. Charles & Colvard Ltd | | | | | buy | 10/12 | J | | |
| 61. Charles & Colvard Ltd | | | | | partial sell | 10/24 | J | B | |
| 62. Charles & Colvard Ltd | | | | | sell | 12/22 | J | A | |
| 63. Johnson & Johnson | A | Dividend | J | T | sell | 7/05 | J | A | |
| 64. Dell Inc | | | | | buy | 7/05 | J | | |
| 65. Dell Inc | | | | | buy | 8/05 | J | | |
| 66. Dell Inc | | | | | sell | 8/12 | J | A | |
| 67. Sunamerica | A | Dividend | J | T | sell | 8/05 | | B | |
| 68. Evergreen Sel Adj | A | Dividend | J | T | partial sell | 8/05 | | A | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sentelle, David B | 06/01/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Evergreen Sel Adj | | | | | sell | 10/27 | | B | |
| 70. Sherwin Williams | | None | J | T | buy | 8/29 | J | | |
| 71. Sherwin Williams | | | | | partial sell | 9/20 | | A | |
| 72. Sherwin Williams | | | | | sell | 10/31 | | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sentelle, David B | 06/01/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Sentelle, David B | 06/01/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date 06/01/06

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544